(No. 2292— )

KARL GINGRICH, ADMINISTRATOR OF THE ESTATE OF LENA GINGRICH, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 11, 1934.*

JOHN BENEDEK, for claimant.

OTTO KERNER, Attorney General; JOHN KASSERMAN, Assistant Attorney General, for respondent.

MR. JUSTICE YANTIS delivered the opinion of the court:

This claim grows out of the same state of facts as alleged in the case of *William P. Congdon, Administrator, etc.* vs. *State,* No. 2291, considered at this same term.

From the declaration filed herein, it appears that Lena Gingrich was a passenger in the automobile of Joseph Fisher and was killed when the automobile crashed into a concrete abutment constructed at the intersection of S. B. I. Routes 18

and 53. The Attorney General has filed a motion to consolidate this claim with No. 2291, supra, and thereby to dismiss the claim. For the purpose of considering the pleadings, the motion to be consolidated is allowed and under the opinion filed in the Congdon case (No. 2291) this claim is dismissed.